UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT SPRINGER,<br><br>            Plaintiff,<br><br>    v.<br><br>KATHERYN ANNE SNYDER,<br><br>            Defendant. | Case No.  1:25-cv-01128-JLT-FJS<br><br>**ORDER TO SHOW CAUSE AS TO WHY DEFAULT SHOULD BE SET ASIDE UNDER FED. R. CIV. P. 55(c)**<br><br>(Docs. 11, 12, 13)<br><br>**<u>FOURTEEN DAY DEADLINE</u>** |

On September 4, 2025, Defendant Katheryn Anne Snyder ("Defendant") removed this action from Superior Court of California, County of Tuolumne.  (Doc. 1.)  On January 30, 2026, Plaintiff Kurt Springer ("Plaintiff") requested the Clerk of Court enter default in this action against Defendant.  (Doc. 10.)  The same day, the Clerk of Court entered default in this action against Defendant.  (Doc. 11.)  Subsequently, Defendant filed an answer to the complaint, (Doc. 12), and filed initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).  (Doc. 13.)  Defendant did not seek relief from the entry of default prior to filing her answer and initial disclosures.

Defendant is ORDERED to show cause in writing as to why default should be set aside by filing a motion for relief under Fed. R. Civ. P. 55(c).  In the alternative, and in lieu of a response, Defendant may stipulate with Plaintiff to set aside the default.  Defendant is ORDERED to file her motion or stipulation within **fourteen (14) days of the date of this Order**.  Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:    **March 25, 2026**                           _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1