UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT SPRINGER,

Plaintiff,

v.

KATHERYN ANNE SNYDER,

Defendant.

Case No.  1:25-cv-01128-JLT-FJS

ORDER DISCHARGING ORDER TO SHOW CAUSE

(ECF No. 15)

On January 30, 2026, Plaintiff Kurt Springer ("Plaintiff") requested the Clerk of Court enter default in this action against Defendant Katheryn Anne Snyder ("Defendant").  (ECF No. 10.)  The same day, the Clerk of Court entered default in this action against Defendant. (ECF No. 11.)  Subsequently, Defendant filed an answer to the complaint, (ECF No. 12), and filed initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).  (ECF No. 13.)  Defendant did not seek relief from the entry of default prior to filing her answer and initial disclosures.

On March 25, 2026, the Court issued an order requiring, within fourteen (14) days of the date of the Order, that Plaintiff show cause in writing as to why default should be set aside by filing a motion for relief under Fed. R. Civ. P. 55(c).  (ECF No. 15.)  On April 8, 2026, Plaintiff filed a Motion to Set Aside Entry of Default.  (ECF No. 25.)  Based on Plaintiff's response to the order to show cause, the Court shall discharge the March 25, 2026, order to show cause.  (ECF No. 15.)

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued March 25, 2026, is DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE