UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT SPRINGER, | Case No.  1:25-cv-01128-JLT-FJS |
| Plaintiff, | ORDER VACATING MOTION HEARING AND ORDERING DEFENDANT TO FILE AND SERVE NEW NOTICE OF MOTION |
| v. | |
| KATHERINE ANNE SNYDER, | (ECF No. 17) |
| Defendant. | |

On April 8, 2026, Defendant filed a Motion to Set Aside the Default in this action. (ECF No. 17.) Defendant noticed the motion for May 1, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. Pursuant to Local Rule 230(b), a movant shall file a notice of motion setting the matter for hearing "not less than thirty-five (35) days after service and filing of the motion." L.R. 230(b). Motions defectively noticed shall be filed, but not set for hearing," and "the moving party shall file and serve a new notice of motion setting forth a proper time and date." *Id.*

The next available date and time for proper notice is <u>May 15, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer</u>. Pursuant to Local Rule 230(b), the motion hearing set for May 1, 2026, is VACATED. Within <u>seven (7) days</u> from the date of this Order, Defendant is instructed to file and serve a new notice of motion setting forth the proper time and date.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE