UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT SPRINGER

     Plaintiff,

     v.

KATHERYN ANNE SNYDER;
KENNING PROPERTIES, INC; AND
DOES 1 THROUGH 20, INCLUSIVE,

     Defendant.

Case No. 1:25-cv-01128-JLT-FJS

ORDER VACATING MAY 15, 2026,
HEARING AND TAKING THE
NOTICE OF MOTION TO SET ASIDE
ENTRY OF DEFAULT UNDER
SUBMISSION PER LOCAL RULE
230(g)

(ECF Nos. 20, 21, 22)

Defendant Katheryn Anne Snyder ("Defendant"), pursuant to the court's order (ECF No. 19), filed a new notice of motion to set aside entry of default on April 23, 2026. (ECF No. 21.) On April 22, 2026, Plaintiff Kurt Springer filed an opposition brief. (ECF No. 20.) On May 1, 2026, Defendant filed her reply brief. (ECF No. 22.) Therefore, the court, having reviewed the record, finds this matter suitable for decision without oral argument. *See* L.R. 230(g).

Accordingly, IT IS HEREBY ORDERED THAT the previously scheduled hearing set for May 15, 2026, at 10:00 a.m. is VACATED and the parties will not be required to appear at that time. The matter is taken under submission.

IT IS SO ORDERED.

Dated: __**May 7, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE